**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Michael L Bazzone Jr** | Social Security number or ITIN **xxx–xx–4241** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **14–23502–GLT** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael L Bazzone Jr

3/29/17         **By the court:** <u>Gregory L. Taddonio</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                   Case No. 14-23502-GLT
Michael L Bazzone, Jr                                                    Chapter 7
                 Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: admin                  Page 1 of 2             Date Rcvd: Mar 29, 2017
                              Form ID: 318                 Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
db           +Michael L Bazzone, Jr,    4019 Mayflower Court,   Murrysville, PA 15668-9520
cr           +Deutsche Bank, et al., by its servicer Ocwen Loan,   Stern & Eisenberg, PC,
               1581 Main Street, Suite 200,   Warrington, PA 18976-3400
cr           +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
13913759     +City And School District Of Pittsburgh,   P.O. Box 747017,   Pittsburgh, PA 15274-7017
13969547     +City and School District of Pittsburgh,   c/o Goehring Rutter & Boehm,
               437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
13969549     +County of Allegheny,    c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
14121108      Deutsche Bank National Trust Company, as Trustee,   c/o Ocwen Loan Servicing, LLC,
               Attn: Bankruptcy Department,   P.O. Box 24605,   West Palm Beach, FL 33416-4605
13913762     +Goehring Rutter & Boehm,    Frick Building,   437 Grant Street 14th Floor,
               Pittsburgh, PA 15219-6101
13913768     +Mr. And Ms. Garmin,    528 E. 6th Avenue,   Tarentum, PA 15084-1916
13913769    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,    350 Highland Drive,
               Lewisville, TX   75067)
13913770      Nationwide Credit Inc,    P.O. Box 26314,   Lehigh Valley, PA 18002-6314
13913772     +Phelan Hallinan & Schmieg LLP,    1617 JFK Boulevard Suite 1400,   One Penn Center Plaza,
               Philadelphia, PA 19103-1823
13969545     +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
               437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
13913775     +Shapiro & Denardo LLC,    3600 Horizon Drive Suite 150,   King Of Prussia, PA 19406-4702
13913776     +Stern & Eisenberg PC,    1581 Main Street Suite 200,   The Shops At Valley Square,
               Warrington, PA 18976-3400
13913777     +U.S. Bank RMS CC,    205 W. 4th Street,   Cincinnati, OH 45202-2628
13913779     +Village Pools Inc.,    4009 William Penn Highway,   Murrysville, PA 15668-1807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 30 2017 01:48:24      Pennsylvania Dept. of Revenue,
               Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
13913753     +EDI: AMEREXPR.COM Mar 30 2017 01:18:00      American Express,   PO Box 981537,
               El Paso, TX 79998-1537
13956495      EDI: BECKLEE.COM Mar 30 2017 01:18:00      American Express Bank, FSB,   c o Becket and Lee LLP,
               POB 3001,   Malvern, PA 19355-0701
13913754     +EDI: BANKAMER.COM Mar 30 2017 01:18:00      BAC Home Loans Servicing LP,   4161Piedmont Parkway,
               Greensboro, NC 27410-8110
13913755      EDI: BANKAMER.COM Mar 30 2017 01:18:00      Bank of America,   P.O. Box 982235,
               El Paso, TX  79998
13913756     +E-mail/Text: banko@berkscredit.com Mar 30 2017 01:47:54      Berks Credit & Collection,
               900 Corporate Drive,   Reading, PA 19605-3340
13913757     +E-mail/Text: bknotice@bhlmlaw.com Mar 30 2017 01:48:08      Blatt Hasenmiller Leibsker & Moore,
               1835 Market Street Suite 501,   Philadelphia, PA 19103-2933
13913758     +EDI: STFC.COM Mar 30 2017 01:18:00      Cach LLC,   4340 S Monaco Street, 2nd Floor,
               Denver, CO 80237-3485
13913760     +E-mail/Text: hariasdiaz@creditmanagementcompany.com Mar 30 2017 01:49:22
               Credit Management Company,    2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13980973     +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Mar 30 2017 01:49:51      Duquesne Light Company,
               c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
13913761     +EDI: RMSC.COM Mar 30 2017 01:18:00      GEMB,   PO Box 965005,   Orlando, FL 32896-5005
13913764      E-mail/Text: bankruptcy.bnc@ditech.com Mar 30 2017 01:47:55      Green Tree Servicing,
               Bankruptcy Department,   P.O. Box 6154,   Rapid City, SD  57709
13956519      E-mail/Text: banko@berkscredit.com Mar 30 2017 01:47:54      Gastroenterology Assoc. Inc.,
               c/o Berks Credit & Collections,   PO Box 329,   Temple, PA 19560-0329
13913763      E-mail/Text: bankruptcy.bnc@ditech.com Mar 30 2017 01:47:55      Green Tree,   P.O. Box 6172,
               Rapid City, SD 57709-6172
13913765     +EDI: IRS.COM Mar 30 2017 01:18:00      Internal Revenue Service,   Insolvency Unit,
               PO Box 7346,   Philadelphia, PA 19101-7346
13913766     +EDI: CBSKOHLS.COM Mar 30 2017 01:18:00      Kohls/Chase,   P.O. Box 3115,
               Milwaukee, WI 53201-3115
13913767     +EDI: MID8.COM Mar 30 2017 01:18:00      Midland Funding LLC,   8875 Aero Drive,   Suite 200,
               San Diego, CA 92123-2255
13913771     +Fax: 407-737-5634 Mar 30 2017 02:42:51      Ocwen Loan Servicing LLC,
               1661 Worthington Road Suite 100,   West Palm Beach, FL 33409-6493
13913773      EDI: PRA.COM Mar 30 2017 01:13:00      Portfolio Recovery,   120 Corporate Blvd,   Suite 100,
               Norfolk, VA  23502
13982851      EDI: PRA.COM Mar 30 2017 01:13:00      Portfolio Recovery Associates, LLC,   POB 12914,
               Norfolk VA 23541
13913774     +EDI: SECONDROUND.COM Mar 30 2017 01:13:00      Second Round LP,   4150 Freidrich Lane Suite 1,
               Austin, TX 78744-1052
                                                                                              TOTAL: 21
```

```
District/off: 0315-2              User: admin                Page 2 of 2                  Date Rcvd: Mar 29, 2017
                                  Form ID: 318               Total Noticed: 38
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              City and School District of Pittsburgh
cr              Duquesne Light Company
cr              GREEN TREE SERVICING LLC
cr              Pittsburgh Water & Sewer Authority
cr              The Bank Of New York Mellon
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage LLC,    350 Highland Drive,
                 Lewisville, TX  75067)
13956496*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13956497*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13956498*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13965330*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13913778*      +U.S. Bank RMS CC,    205 W 4th Street,    Cincinnati, OH 45202-2628
                                                                                               TOTALS: 7, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   GREEN TREE SERVICING LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Charles O. Zebley, Jr.    on behalf of Trustee Charles O. Zebley, Jr. COZ@Zeblaw.com,
           PA67@ecfcbis.com;Lyndie@Zeblaw.com
          Charles O. Zebley, Jr.    COZ@Zeblaw.com,  PA67@ecfcbis.com;Lyndie@Zeblaw.com
          Christopher A. DeNardo    on behalf of Creditor   Nationstar Mortgage LLC pabk@logs.com
          James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor   The Bank Of New York Mellon pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   City and School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Joshua I. Goldman    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          LeeAne O. Huggins    on behalf of Creditor   Nationstar Mortgage LLC pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul M. Daniels    on behalf of Debtor Michael L Bazzone, Jr paul@pauldanielslaw.com,
           robert@pauldanielslaw.com;pauldaniels.lawclerk@gmail.com;chris@pauldanielslaw.com
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          William E. Miller    on behalf of Creditor   Deutsche Bank, et al., by its servicer Ocwen Loan
           Servicing, LLC wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                             TOTAL: 16
```